Rev. 9/13/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date 10/10/07   Judge Medler   Case No. 07cr143JCH mlm

UNITED STATES OF AMERICA v. Michael Donlin

Court Reporter FTR Gold   Deputy Clerk V. Forsyth

Assistant United States Attorney(s) Connie Costantin, Reggie Harris

Attorney(s) for Defendant(s) Michael Kielty

Interpreter _____   ☐ SEALED PROCEEDING

**Proceedings:**

☒ Initial Appearance           ☒ Detention Hearing                ☐ Revocation
☒ Arraignment                  ☐ Bond Review                      ☐ Probation
☐ Preliminary Examination      ☐ Bond Execution/Appearance Bond   ☐ Supervised Release
☐ Motion Hearing               ☐ In Court Hrg (WAIVER OF MOTIONS) ☐ Competency
  ☐ Evidentiary Hearing        ☐ Change of Plea/Sentencing        ☐ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing  ☐ Rule 5(c)(3)Removal (Identity)  ☐ Material Witness

Parties present for hearing on Deft orally waives the filing of pretrial motions.

☐ Oral Motion for appointment of counsel (GRANTED)   ☒ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $_____   ☐ Secured Appearance Bond   ☐ Secured by 10%

   ☐ Secured by cash only   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

☐ Preliminary examination set for _____ @ _____

☒ Defendant arraigned   ☒ Waives reading of indictment/information   ☐ Matter taken under advisement

☒ Plea entered not guilty   Order on pretrial motions:  ☐ issued  ☐ to issue

  ☐ Oral Motion for Suppression        ☐ Oral Motion for Extension of Time to File Pretrial Motions

☒ Defendant waives det hng   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time _____   Before _____

  ☒ Remanded to custody   ☐ Released on bond

Next hearing date/time 10/10/07 @ 1030   Type of hearing Change of Plea Before JCH
Proceeding commenced 859 am   Proceeding concluded 900   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.

Tape #_____ from _____ to _____

## RULE 5 INITIAL APPEARANCE RECORD BEFORE
## MAGISTRATE JUDGE MARY ANN L. MEDLER

Mag. No. __4:07MJ7150 MLM__
D/C Case No. __4:07CR143-JCH(MLM)__

Defendant's Name: __MICHAEL J. DEVLIN__

SSN# _____

Date of Initial Appearance: __10/10/07__ Proceedings Commenced _____

Date Federal Custody Commenced: _____

U.S. Attorney: __Carrie Costantin__     (Present)  Not Present

Defense Attorney: __Michael Kielty  Ethan B. Corlija__  (Present)  Not Present

Defendant advised of following:

_____ ✓ Nature of Offense        _____ ✓ Given copy of Comp/(Indict)/Info/Petn

_____ ✓ Right to be represented by counsel

_____ ✓ Right to have counsel appointed, if indigent

             _____ ✓ Retained: _____

             _____ Appointed: _____

_____ ✓ Right to remain silent; and that defendant's statements can be used against him/her.

__N/A__ Right to preliminary hearing under Rule 5.1 or Rule 32.1 within 10 days if detained; and within 20 days if released.

__N/A__ Right to hearing here under Rule 5 if charged in another district.

__N/A__ Right to transfer here for guilty plea under Rule 20 if charged in another district.

__N/A__ Pretrial services bail report received on _____

From Pretrial Services Officer: _____

Defendant's residence: __incarcerated__     Tel. No. _____

Defendant's Age: __41__   DOB: __11/19/65__   Sex: __M__   Race: __W__

_____ Married;   Spouse's Name: _____   No. of children __0__

__✓__ Single                                            Ages: _____

_____ Divorced

Defendant's current employment: *incarcerated*

Location of defendant's family: E.D. Mo

Defendant's prior convictions:

Bail set at: *ineligible for bond. In state custody* ___ Sec. AB   Unsec. AB   O.R.   Cash Only   Property   10%

Motion for detention hearing made by: ✓ United States; ___ Magistrate Judge

Detention hearing set for 10/10/07

Disposition at Initial Appearance: ✓ Committed to Custody
___ Released on Bond

Next Appearance: 10/10/07 at 10:30 a.m. for Change of Plea
                 Date          Time          Proceeding
Before Judge *Jean C. Hamilton*.

Case to remain: ___ Sealed   ___ Unsealed — Proceedings Concluded: ___

Notes:

MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

## ARRAIGNMENT RECORD BEFORE U. S. MAGISTRATE JUDGE

USA v. __Michael J. Devlin__ Case No. __4:07CR143JCH(MLM)__

Government's Counsel __CARRIE COSTANTIN__

Defendant's Counsel __MICHAEL KIELTY Ethan B. Corlija__

Interpreter __N/A__

__✓__ DEFENDANT PLACED UNDER OATH

    Defendant's correctly spelled name __yes__

    Defendant's age __41__ DOB __11/19/65__

__✓__ Defendant waives reading of Indictment

__✓__ Defendant ARRAIGNED

__✓__ Defendant pleads NOT GUILTY to _____ Count(s) of the indictment

__N/A__ TRIAL TO BE SET by Judge _____

__✓__ ~~TRIAL~~ Change of Plea SET on __10/10/07__ at __10:30__ A.M. before Judge __Jean C. Hamilton__

__N/A__ Counsel orally moves for time to file Pretrial Motions

__N/A__ Motion Granted and Order Concerning Pretrial Motions given to parties

__N/A__ Evidentiary Hearing set on _____ at ____ ____ before Judge Mary Ann L. Medler

__N/A__ Report & Recommendation due _____

__✓__ Defendant remanded to custody of U.S. Marshal

_____ Defendant released on existing bond

Date of Arraignment:
__10/10/07__

_Mary Ann L. Medler_
Mary Ann L. Medler
United States Magistrate Judge