FILED

DEC 1 2 2007 KMS

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 4:07 CR 143 JCH |
| MICHAEL DEVLIN, | ) ) |
| Defendant. | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, by Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, through Carrie Costantin, Assistant United States Attorney for said District, and informs the Court that the defendant MICHAEL DEVLIN, MDC # 1168943, is to be sentenced in the above cause, and appear before the Honorable Judge Jean C. Hamilton, United States District Judge for the Eastern District of Missouri, at 9 a.m. on December 21, 2007, for sentencing and that the defendant is currently confined at the Missouri Department of Corrections, Western Reception, Diagnostic and Correctional Center, 3401 Faraon Street, St. Joseph, MO 64506 in the custody of the Superintendent.

WHEREFORE, your petitioner prays this Court to issue a writ of habeas corpus ad prosequendum directing the United States Marshal to remove the defendant from such institution and custody, and bring him before the Honorable Judge Jean C. Hamilton for the above proceedings; and upon completion of **all** such proceedings (sentencing) to return the defendant to the custody of the Superintendent at the Missouri Department of Corrections, Western Reception, Diagnostic and Correctional Center, 3401 Faraon Street, St. Joseph, MO 64506.

CATHERINE L. HANAWAY
United States Attorney

*[signature]*

Assistant United States Attorney
Carrie Costantin

UNITED STATES OF AMERICA  )
Eastern Division of the  )
Eastern District of Missouri  )

Carrie Costantin, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, on oath states that the statements contained in the foregoing application are true as Carrie Costantin verily believes.

Carrie Costantin
Assistant United States Attorney

Subscribed and sworn to before me this 12 day of December, 2007.

JAMES WOODWARD, CLERK
UNITED STATES DISTRICT COURT

By: Katie Spurgeon
Deputy Clerk

TO THE CLERK OF THE DISTRICT COURT:

You are hereby ordered to issue the writ of habeas corpus ad prosequendum as prayed for in the foregoing application.

HONORABLE AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE